# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

CARL A. TAYLOR, JR.,                                  1:07-cv-00899-AWI-TAG (HC)

                Petitioner,

                                     **ORDER AUTHORIZING**

v.                                                    **IN FORMA PAUPERIS STATUS**

D. ADAMS,

                Respondent.

_____/

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **June 25, 2007**
_____                                        _____**/s/ Theresa A. Goldner**_____
                                         UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com