# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. TAYLOR, JR.,<br><br>    Petitioner,<br><br>v.<br><br>D. ADAMS,<br><br>    Respondent._____/ | 1:07-cv-00899-AWI-TAG (HC)<br><br>**ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS** |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **June 25, 2007**                                                     /s/ Theresa A. Goldner
                                                                                                                                                                              UNITED STATES MAGISTRATE JUDGE