UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARL A. TAYLOR, JR., | ) | 1:07-cv-00899-AWI-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION TO PROCEED WITH OUT-OF- |
| v. | ) | TIME PETITION (Doc. 2) |
| | ) | |
| D. ADAMS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**PROCEDURAL HISTORY**

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed his petition on June 22, 2007. (Doc. 1). Concurrent with the filing of the petition, Petitioner filed a "motion to proceed with an out-of-time petition." (Doc. 2). On January 10, 2008, after conducting a preliminary screening of the petition, the Court issued an Order to Show Cause why the petition should not be dismissed for violation of the one-year statute of limitations contained in 28 U.S.C. 2244(d). (Doc. 10). On February 4, 2008, Petitioner filed his response. (Doc. 11). On February 11, 2008, the Court issued Findings and Recommendations to dismiss the petition as untimely. (Doc. 12). Based on the Court's Findings and Recommendations of February 11, 2008, Petitioner's original motion to proceed with an out-of-time petition is now moot.

1

For the foregoing reasons, it is HEREBY ORDERED that Petitioner's motion to proceed with an out-of-time petition (Doc. 2), is DENIED as MOOT.

IT IS SO ORDERED.

Dated:   **February 13, 2008**                                                      **/s/ Theresa A. Goldner**
UNITED STATES MAGISTRATE JUDGE